SAMUEL R. PLATT, *Appellant, v.* CHARLES H. VAN AMBURGH, *Respondent.* — Motion for reargument granted on condition that the plaintiff file security for costs in the sum of $500 within thirty days, and in default thereof motion denied without costs.

IN THE MATTER OF THE GILBERT ELEVATED RAILROAD COMPANY. — Petition granted and commissioners appointed.

EDWARD THOMPSON, *Plaintiff in Error, v.* THE PEOPLE OF THE STATE OF NEW YORK, *Defendants in Error.* — Judgment affirmed.

JOHN G. SCHUMAKER, *Appellant, v.* JOHN A. CROSEMAN and others. MORGAN A. DAYTON (Purchaser), *Respondent.* — Order affirmed, with ten dollars costs besides disbursements. Opinion *Per Curiam.*

IN THE MATTER OF THE PETITION OF JOSEPH MATTHEWS, *General Guardian,* etc. — Order affirmed, with ten dollars costs besides disbursements on opinion of LAWRENCE, J., and of *Cole* v. *Gourlay* (79 N. Y., 527) and *Center* v. *Finch* (22 Hun, 146).

CORNELIUS SAVAGE and another *v.* HENRY SHERMAN and others. — Resettlement granted. Mem. by BRADY, J.

CORNELIUS J. BERGEN, *Respondent, v.* CHARLES J. PATTERSON, *Appellant.* — Motion granted and resettlement ordered.

JAMES S. CARPENTER, *Respondent, v.* ASHER D. ATKINSON, *Appellant.*